
# MEMORANDUM TO
## THE HONORABLE SANDRA L. TOWNES
### United States District Judge

RECEIVED
In Chambers of
U.S. District Judge
SANDRA L. TOWNES

FEB 21 2008

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR - 3 2008 ★

BROOKLYN OFFICE

RE: John Compono
Docket No: 06-CR-800

The above referenced defendant is presently scheduled for sentencing before Your Honor on March 27, 2008. However, due to defense counsel's unavailability, the presentence interview could not be scheduled until January 16th. The interview did not take place on that date as counsel cancelled the interview which has now been re-scheduled to February 21st. In light of this we will not be able to complete the presentence report in time for the scheduled sentence date.

As a result, we request an adjournment of sentence of six weeks so as to allow for sufficient time to interview the defendant, obtain verification of the information provided and incorporate this into the presentence report.

Kindly indicate below if a sentence date of May 9, 2008 is acceptable to the Court.

RESPECTFULLY SUBMITTED:
Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Helen Georgopoulos
Supervising U.S. Probation Officer

A sentence date of May 9, 2008 is acceptable to the Court.

/s/ Hon. Sandra L. Townes        2/29/08
U.S. District Judge        Date

A sentence date of May 9, 2008 is not acceptable to the Court. The sentence date shall be

_____

_____
U.S. District Judge        Date

February 21, 2008